UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| AUGUSTIN MARTINEZ-CELIS,<br><br>　　　　　　　　Petitioner,<br>　v.<br><br>KRISTI NOEM, *et. al*,<br><br>　　　　　　　　Respondents. | Case No. 2:25-cv-01650-MMD-NJK<br><br>ORDER |

Petitioner Augustin Martinez-Celis, a native and citizen of Mexico, has filed a petition for federal habeas corpus relief under 28 U.S.C. § 2241 challenging his immigration detention at the Nevada Southern Detention Center. (ECF No. 1.) Having conducted a preliminary review of the petition, the Court directs that it be served on the Respondents.

It is therefore ordered that the Clerk of Court is directed to serve copies of the petition (ECF No. 1) and this order upon Respondents as follows:

- By serving electronically, through CM/ECF, a copy of the petition (ECF No. 1) and this order on the United States Attorney for the District of Nevada in accordance with Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure; by adding the United States Attorney for the District of Nevada to the docket as an Interested Party and sending the documents to Sigal.Chattah@usdoj.gov. This does not indicate acceptance of service.
- By sending a copy of the petition (ECF No. 1) and this order by mail to: (1) Kristi Noem, Secretary of the Department of Homeland Security, 3801 Nebraska Ave. NW, Washington, DC 20528; (2) Jason Knight, Salt Lake City Acting Field Office

Director, U.S. Immigration & Customs Enforcement, Enforcement and Removal Operations, 2975 Decker Lake Drive, Suite 100, West Valley City, UT 84119-6096; (3) Todd Lyons, Acting Director of Immigration and Customs Enforcement, 500 12th St. SW, Washington DC 20024; (4) John Mattos, Warden, Nevada Southern Detention Center, 2190 E. Mesquite Ave., Pahrump, NV 89060; and (5) Pamela Bondi, Attorney General of the United States, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.

It is further ordered that Respondents must appear in this action within five days of the date of this order and file and serve their response to the petition within 20 days of the date of this order unless additional time is allowed for good cause shown. Martinez-Celis will have 15 days following the date the response is filed to file and serve a reply.[1]

DATED THIS 5th Day of September 2025.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

---

[1] Local Rule 7-2(b) governs the scheduling for responses and replies to motions filed by either party.