SIGAL CHATTAH
Acting United States Attorney
District of Nevada
Nevada Bar No. 8264
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar No. 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6336
Virginia.Tomova@usdoj.gov

*Attorneys for the Federal Respondents*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AGUSTIN MARTINEZ-CELIS,<br><br>Petitioner,<br><br>v.<br><br>KRISTI NOEM, Secretary of the U.S. Department of Homeland Security; PAM BONDI, Attorney General of the United States; TODD LYONS, Director of United States Immigration and Customs Enforcement; BRYAN WILCOX, Field Office Director for Detention and Removal, U.S. Immigration and Customs Enforcement; JOHN MATTOS, Warden, Nevada Southern Detention Center; U.S. Department of Homeland Security; U.S. Immigration and Customs Enforcement;<br><br>Respondents. | Case No. 2:25-cv-01650-MMD-NJK<br><br>**Order Granting Stipulation for Extension of time to Respond to Petition for Writ of Habeas Corpus**<br><br>**(First Request)** |

Petitioner Agustin Martinez-Celis, through undersigned counsel, and the United States of America, on behalf of Federal Respondents, through undersigned counsel, hereby stipulate to an extension of time to respond to Petitioner Agustin Martinez-Celis' ("Petitioner") Petition for Writ of Habeas Corpus ("Petition") (ECF No. 1). Federal Respondents' response to Petition for Writ of Habeas Corpus is currently due on September 25, 2025. For the reasons discussed below, Federal Respondents request that this time be extended up to and including September 30, 2025.

Under Federal Rule of Civil Procedure 6(b), a court may, "for good cause," extend a deadline if a request is made "before the original time or its extension requires." Fed. R. Civ. P. 6(b)(1)(A); *see also* Local Rule IA 6-1(a). The Ninth Circuit has equated good cause with the exercise of due diligence. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). Additionally, Fed. R. Civ. P. 6(b)(1) should "be liberally construed to effectuate the general purpose of seeing that cases are tried on the merits," and "requests for extensions of time made before the applicable deadline has passed should normally be granted in the absence of bad faith or prejudice to the adverse party." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258–59 (9th Cir. 2010) (internal citations omitted).

Federal Respondents have good cause to request this extension of time. Federal Respondents' counsel needs additional time to obtain all responsive information regarding the Petition from its clients to meaningfully respond to the Petition. The Civil Division is also currently dealing with attorney staffing shortages and has received nine petitions for writ of habeas corpus – all with either expedited briefing for temporary restraining orders or briefing within 20 days.

In view of the circumstances explained above, the United States has good cause to request a 5-day extension to file a response to Petitioner's Petition.

1  This is the first request to extend the Respondents' responsive pleading deadline.

2  This is request is made in good faith and not for the purpose of undue delay.

3  Respectfully submitted this 25th day of September 2025.

/s/ *Ashlee Hesman*
ASHLEE HESMAN
3100 West Ray Road, Ste. 300
Chandler, Arizona 85226

*Attorney for Respondent*
John Mattos, Warden, Nevada Southern Detention Center

SIGAL CHATTAH
Acting United States Attorney

/s/ *Virginia T. Tomova*
VIRGINIA T. TOMOVA
Assistant United States Attorney

*Attorneys for the Federal Respondents*

/s/ *Jeremy Mondejar*
JEREMY MONDEJAR, ESQ.
2885 E. Charleston Blvd., Suite 10
Las Vegas, Nevada 89104

*Attorney for Petitioner*

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** September 26, 2025